IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON

PATRICIA L. STONE,   CIVIL NO.: 05-3074-HU

    Plaintiff

    v.   ~~(PROPOSED)~~ ORDER
                  AHt

JO ANNE B. BARNHART
Commissioner of
Social Security Administration

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $3097.53, costs in the amount of $250.00 (filing fees) and expenses in the amount of $14.64 (certified mailings) for a total of $3362.17 be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED this ___ day of July, 2006.

                      _____
                      DENNIS J. HUBEL
                      UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

_____
ARTHUR W. STEVENS III    OSB# 85085
BLACK, CHAPMAN, WEBBER, STEVENS,
  PETERSEN & LUNDBLADE
211 Stewart Ave., Suite # 209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
211 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com